UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PEOPLE OF THE STATE OF NEW YORK, by ANDREW M. CUOMO, ATTORNEY GENERAL OF THE STATE OF NEW YORK,

                Plaintiffs,

-against-

411 REST. CORP. D/B/A TONIC EAST,

                Defendant.

**CERTIFICATE OF SERVICE**

**Case No.
08-CV-2088 (PAC) (HP)
ECF CASE**

    I hereby certify that, on March 3, 2008, I caused to be served by first class mail, postage prepaid, the Summons and Complaint of the People of the State of New York, by Andrew M. Cuomo, Attorney General of the State of New York, on Defendant 411 Rest. Corp. d/b/a Tonic East, at the following address:

        Mr. Richard Meyer
        Blank Rome LLP
        The Chrysler Building
        405 Lexington Avenue
        New York, New York 10174-0208

    I further certify that Mr. Meyer has acknowledged that he is authorized to accept service on behalf of his client.

Dated: New York, New York
       March 3, 2008

                                                Sunita Kini-Tandon
                                                Assistant Attorney General